UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE STANFORD,<br>    Plaintiff,<br><br>v.<br><br>CLIENT SERVICES, INC., and DOES 1-10,<br>Inclusive.<br>    Defendants. | CIVIL ACTION NO. 10-CV-11679-DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Catherine Stanford and defendant Client Services, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to the dismissal of the above captioned action, with prejudice, all rights of appeal waived and with each party to bear her or its own costs.

                                                                         Respectfully submitted,

| | |
|---|---|
| /s/ Sergei Lemberg | /s/ Richard L. Nahigian |
| Sergei Lemberg, Esq. BBO # 650671 | Richard L. Nahigian, BBO#: 549096 |
| Lemberg & Associates LLC | Matthew J. Griffin, BBO#641720 |
| 1100 Summer Street | PEABODY & ARNOLD LLP |
| 3rd Floor | Federal Reserve Plaza |
| Stamford, CT 06905 | 600 Atlantic Avenue |
| (203) 653-2250 | Boston, MA  02210-2261 |
| | (617) 951-2100 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

## **CERTIFICATE OF SERVICE**

     I , Sergei Lemberg, counsel for the Plaintiff, Catherine Stanford, do hereby certify, that I have this 7th day of December 2010, filed the foregoing document through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants.

                                                          /s/ Sergei Lemberg_____
                                                          Sergei Lemberg